In the Matter of ROBERT E. MACLAREN, Appellant, v CITY OF NORWICH HOUSING AUTHORITY et al., Respondents.

Submitted May 21, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of MARVIN H. HANDLER, M.D., P.C., Appellant, v THOMAS P. DINAPOLI, as Comptroller of the State of New York, Respondent, et al., Respondent.

Submitted May 29, 2012; decided June 28, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of MURPHY & O'CONNELL, Appellant, v TAX APPEALS TRIBUNAL et al., Respondents.

Decided June 28, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.